JEFFREY I. BRONSON, ESQ., P.C.
ATTORNEY ID: 022071982
JEFFREY I. BRONSON, ESQ.
PO BOX 13
DOVER, NEW JERSEY 07802-0013
(973) 889-1116
(973) 532-0805

|  |  |
|---|---|
| In Re: | Misc. Pro. No.: 18-00114(VFP) |
| US Bankrutpcy Court | Hearing Date: 7/31/2018 |
| vs. | Judge: Vincent F. Papalia |
| Jeffrey I. Bronson, Esq. |  |

### CERTIFICATION OF JEFFREY I. BRONSON, ESQ.

1. I am an attorney-at-law licensed to practice in the State of New Jersey.

2. I make this certification in response to an Order to Show Cause why sanctions should not be imposed for failure to properly file list of creditors.

3. A hearing in this matter is scheduled for July 31, 2018 at 2:30. I request that, if this certification is sufficient, the matter be decided without the need of a personal appearance. This certification explains why this issue has existed.

4. In each of the cases listed in the Order to Show Cause, a list of creditors was uploaded as "missing document filed." In the Trivino & Munoz case 18-22647, the list of creditors was uploaded with the petition.

5. We have had technical problems with both our scanner and our bankruptcy program, which have caused the need to upload various documents, including the list of creditors, as "missing documents filed."

6. As of last week, my office has a new scanner and we have obtained additional training on our bankruptcy program.

7. In addition, my paralegal advises that she manually enters each creditor on the cmecf website when she uploads the petition.

8. This Order to Show Cause is the first I have received with regard to filing the List of Creditors incorrectly. In no way was this done to pose any difficulty for the Court, and we were not aware that filing same as a "missing document" was inappropriate.

9. I respectfully request that Your Honor accept this explanation and apology for any inconvenience. Had we been advised of this issue earlier, we would have made every effort to correct same sooner.

10. I am confident that future filings will not have this issue, and request that Your Honor pardon my improper filings to date.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: July 6, 2018                    JEFFREY I. BRONSON, ESQ., P.C.

                                       By: _____
                                           Jeffrey I. Bronson, Esq.