UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

U.S. BANKRUPTCY COURT

v.

JEFFREY I. BRONSON, ESQ.

| | |
|---|---|
| Case No.: | 18-00114 (VFP) |
| Chapter: | n/a |
| Hearing date: | July 31, 2018 |
| Judge: | Vincent F. Papalia |

## ORDER REQUIRING TRAINING FOR
## ELECTRONIC FILING PRIVILEGES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 14, 2018**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case name: | U.S. Bankruptcy Court v. Jeffrey I. Bronson, Esq. |
| Case no.: | 18-00114 (VFP) |
| Caption of Order: | Order Requiring Training for Electronic Filing Privileges |

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Court's June 28, 2018 *Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to Properly File List of Creditors* (the "Order to Show Cause") (Dkt. No. 2) in a sequence of five (5) bankruptcy cases cited therein; and Counsel Jeffrey I. Bronson, Esq. ("Counsel") having filed a timely objection to the Order to Show Cause (Dkt. No. 4) and having appeared on the July 31, 2018 return date of the Order to Show Cause to explain remedial measures undertaken by his firm; and the deficiencies that generated the Order to Show Cause having been cured or explained;

And the Court having determined that additional training in electronic filing with this Court is necessary and appropriate as to Counsel and any of his staff involved in electronic filing; and due notice having been given; and for good cause shown; it is hereby

**ORDERED** that within thirty (30) days of entry of this Order, Counsel and any of his staff involved in electronic filing shall arrange to take and complete the training program for electronic filing available on this Court's website, http://www.njb.uscourts.gov/content/cmecf-online-training-modules.  The training shall be provided to Counsel and any members of his staff involved with electronic filing in this Court; and it is further

**ORDERED** that Counsel shall provide written notice to this Court of the completion of training as provided by this Order within three (3) business days of its completion.